982

No. 612. Alsup v. United States. C. A. 5th Cir. Certiorari denied. *Webb M. Mize* and *R. W. Thompson, Jr.* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 613. Kalpakoff v. United States. C. A. 9th Cir. Certiorari denied. *J. B. Tietz* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 620. Rogers v. Alton. District Court of Appeal of California, First Appellate District. Certiorari denied. *R. A. Rogers pro se. Robert Emmett Halsing* for respondent.

No. 478. Obear-Nester Glass Co. v. Commissioner of Internal Revenue. C. A. 7th Cir. Certiorari denied. Mr. Justice Harlan took no part in the consideration or decision of this application. *Henry C. Lowenhaupt* and *Louis F. Oberdorfer* for petitioner. *Solicitor General Sobeloff* for respondent.

No. 97, Misc. Neal v. Beckstead, Sheriff, et al. C. A. 10th Cir. Certiorari denied. *Herbert Monte Levy* and *David I. Shapiro* for petitioner. *E. R. Callister,* Attorney General of Utah, and *Walter L. Budge* and *Morgan W. Lewis, Jr.,* Assistant Attorneys General, for respondents.

No. 270, Misc. Neal v. Graham, Warden. Supreme Court of Utah. Certiorari denied. *Herbert Monte Levy* for petitioner. *E. R. Callister,* Attorney General of Utah, and *Walter L. Budge* and *Morgan W. Lewis, Jr.,* Assistant Attorneys General, for respondent.